**Petition for Writ of Mandamus Denied and Memorandum Opinion filed November 29, 2021.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-21-00205-CV

---

### IN RE K.P., Relator

---

**ORIGINAL PROCEEDING
WRIT OF MANDAMUS
257th District Court
Harris County, Texas
Trial Court Cause No. 2017-22874**

---

## MEMORANDUM OPINION

Relator K. P. filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Sandra Peake, presiding judge of the 257th District Court of Harris County, to set aside her April 19, 2021 temporary orders directing relator to cooperate with Father for the purpose of completing the passport applications for the children.

Relator has not established that she is entitled to mandamus relief. Accordingly, we deny relator's application for writ of mandamus.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Hassan.